## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES RONALD RITCHIE | ) | Case No. 18-30764-KLP |
| THERESA ANN RITCHIE | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

_____

| | | |
|---|---|---|
| JAMES RONALD RITCHIE | ) | |
| THERESA ANN RITCHIE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | APN: 20-_____ |
| | ) | |
| OLGA RITCHIE | ) | |
| 3102 E. Laburnum Ave. | ) | |
| Richmond, VA 23223 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MOMENTUM TITLE, LLC | ) | |
| c/o Griffin Scott Dunham, R/A | ) | |
| 1704 Charlotte Ave., Suite 105 | ) | |
| Nashville, TN  37203 | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE

COME NOW the Plaintiffs, James Ronald Ritchie and Theresa Ann Ritchie (also referred

to herein as "Debtors"), by counsel, and as and for their Complaint to Turnover Property of the

Estate, state as follows:

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
_Counsel for Plaintiffs_

## **PARTIES, VENUE AND JURISDICTION**

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1334, since the dispute arises as a result of, and is related to, the above-referenced matter.

2.      This is a core proceeding within the meaning of 28 U.S.C. § 157.

3.      This is an Adversary Proceeding within the meaning of Rule 7001 of the Bankruptcy Rules.

4.      On or about February 17, 2018, the Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code.  The Debtors' Chapter 13 Plan has been confirmed and all property of the bankruptcy estate has re-vested in the Debtors.

5.      Defendant, Olga Ritchie is the ex-wife of Plaintiff, James Ronald Ritchie and a resident of the Commonwealth of Virginia.  Defendant Momentum Title, LLC is a Tennessee limited liability company.

## **FACTS**

6.      During the marriage of Olga Ritchie and James Ronald Ritchie, a son was born in 1971 by the name of James Ronald Ritchie, Jr.  Plaintiff, James Ronald Ritchie had been estranged from James Ronald Ritchie, Jr. and Defendant Olga Ritchie for many years.

7.      On or about May 18, 2020, James Ronald Ritchie, Jr., died intestate leaving Defendant Olga Ritchie and Plaintiff, James Ronald Ritchie, as his only heirs.  A copy of James Ronald Ritchie, Jr.'s death certificate is attached hereto as Exhibit "A" and is incorporated herein by this reference.

8.      At the time of his death, James Ronald Ritchie, Jr. was the fee simple owner of real estate and improvements located in Nashville, TN known as 7929 Kirkfield Drive, Nashville, TN, more particularly described as

2

Land in Davidson County, Tennessee, being Lot No. 90, on the Plan of Section One, Phase Three, 2nd Addition to Sugar Valley, of record in Plat at Instrument No. 20071214-0143931, in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property.

("Property").

9.      The current assessed value of the Property is $302,600.00.  A copy of the current assessment is attached here as Exhibit "B" and is incorporated herein by this reference.

10.     Plaintiff, James Ronald Ritchie, is an elderly gentleman who is gravely ill and dealing with end of life issues.  He has difficulty speaking and understanding others.

11.     On or about August 10, 2020, Plaintiff, James Ronald Ritchie, received a telephone call from a title company from Nashville, TN.

12.     It was Mr. Ritchie's understanding that the title company needed him to sign an affidavit in connection with his son's death in order to avoid having to be responsible for his son's death and to avoid having to appear in court in Tennessee.  Being fearful of having to incur new debt and from being forced to travel to Tennessee with his failing health, Mr. Ritchie verbally agreed to sign the document.

13.     The following day, August 11, 2020, a notary public appeared at Mr. Ritchie's home, presented him with a document he believed to be the affidavit previously discussed, and Mr. Ritchie signed the same.

14.     At no time during the aforesaid process did Mr. Ritchie have the benefit of counsel to review the document, nor was it suggested by the title company's representative.

15.     Later that day, after Mr. Ritchie had signed the document with the notary, his wife, Theresa Ann Ritchie sent the undersigned counsel an email expressing concerns about the

3

situation.  Unfortunately, the undersigned counsel was out of town the week of August 10 and unable to respond.

16.    On August 13, 2020, the undersigned counsel was copied on an email from the title company to Mrs. Ritchie with an attachment of the document signed by Mr. Ritchie.  It was only at that time that the Plaintiffs realized that Mr. Ritchie did not sign an affidavit as represented, but instead signed a Quitclaim Deed conveying all of his interest in the Property to Defendant Olga Ritchie, for no consideration.  A copy of said email and Quitclaim Deed is attached hereto as Exhibit "C" and incorporated herein by this reference.

17.    After communicating several time with the title company, it was discovered by the undersigned counsel that upon receiving the Quitclaim Deed, on August 13, 2020, Olga Ritchie sold the Property to a third party for $379,950.00.  A copy of the Settlement Statement and Warranty Deed are attached hereto collectively as Exhibit "D" and are incorporated herein by this reference.

18.    According to the Settlement Statement, after paying off the debt on the Property and closing costs, the net proceeds from the sale of the Property are $87,230.64 ("Proceeds").

19.    The Proceeds are currently being held in escrow by Defendant Momentum Title, LLC.  Momentum Title informed the undersigned that, under Tennessee law, due to the Property being obtained by intestate succession, the Proceeds will need to be held in escrow for six (6) months from the date of death and cannot be released until November 19, 2020.

## COUNT I (Turnover of Property of the Estate)

20.    The Plaintiffs hereby incorporate and restate the allegations contained in Paragraphs 1 through 19.

4

21.    Not less than one half (½) of the Proceeds and any other assets owned by James

Ronald Ritchie, Jr. at the time of his death are assets of the Debtors' bankruptcy estate.  See

<u>Carroll v. Logan</u>, 735 F.3d 147 (4th Cir. 2013).

22.    The Quitclaim Deed conveying the Property to Defendant Olga Ritchie is void

and/or voidable as it was procured by improper means, by fraud and misrepresentation, and

without Court approval as required by the terms of the Debtors' confirmed Chapter 13 Plan.

## COUNT II (Constructive Trust and Accounting)

23.    The Plaintiffs hereby incorporate and restate the allegations contained in

Paragraphs 1 through 22.

24.    The Plaintiffs are entitled to have a constructive trust placed upon the Proceeds

and any other assets owned by James Ronald Ritchie, Jr. at the time of his death.

25.    The Plaintiffs are entitled to an accounting by Olga Ritchie of all other assets

owned by James Ronald Ritchie, Jr.

## COUNT III (Injunctive Relief)

26.    The Plaintiffs hereby incorporate and restate the allegations contained in

Paragraphs 1 through 25.

27.    There is an actual and justiciable controversy between the parties as to rights of

the parties in this case.

28.    The Plaintiffs are entitled to an immediate injunction prohibiting Defendant

Momentum Title, LLC from disbursing any of the Proceeds until this adversary proceeding has

been fully adjudicated.

29.    The Plaintiffs state that they are entitled to Injunctive Relief because:

(a)    They have has clearly shown that they are likely to prevail on the merits of this adversary proceeding;

(b)    Injunctive relief is necessary to maintain the status quo and to prevent loss of assets of the bankruptcy estate during the pendency of this adversary proceeding;

(c)    The Plaintiffs have clearly shown that they will suffer, absent injunctive relief, irreparable injury for which there is no adequate remedy at law; and

(d)    The balance of equities is weighed in favor of the Plaintiffs for injunctive relief as they stand to suffer irreparable injury if Momentum Title, LLC is not enjoined from disbursing the Proceeds while, on the other hand, Momentum Title, LLC will sustain no losses if subject to the injunction as they are the holding the Proceeds in their capacity as escrow agent and have no stake in the outcome of this adversary proceeding.

(e)    Granting a temporary injunction herein is in the public interest.

## **RELIEF REQUESTED**

WHEREFORE, the Plaintiffs respectfully request that this Court grant judgment as follows:

a.    Ordering that not less than one half (½) of the Proceeds and any other assets owned by James Ronald Ritchie, Jr. at the time of his death are assets of the Debtors' bankruptcy estate and that the same be immediately turned over to the Chapter 13 Trustee in this case.

b.    Imposing a constructive trust be imposed on the Proceeds and any other assets owned by James Ronald Ritchie, Jr. at the time of his death.

c.    Ordering Defendant Olga Ritchie to provide a full accounting to the Court of all assets owned by James Ronald Ritchie, Jr. at the time of his death.

6

       d.      Enjoining Defendant Momentum Title, LLC from disbursing any of the Proceeds until this adversary proceeding has been fully adjudicated.

       e.      Ordering such other relief as the Court may deem appropriate.

Dated:  August 28, 2020

                    Respectfully Submitted,

                    JAMES RONALD RITCHIE
                    THERESA ANN RITCHIE

                    By:  /s/ James E. Kane
                          James E. Kane (VSB #30081)
                          KANE & PAPA, P.C.
                          1313 East Cary Street
                          Richmond, Virginia  23219
                          Telephone: (804) 225-9500
                          Facsimile: (804) 225-9598
                          Email: jkane@kaneandpapa.com
                          *Counsel for Plaintiffs*



EXHIBIT A

STATE OF TENNESSEE
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER 2020-030821

1. Decedent's Legal Name: JAMES RONALD RITCHIE JR
2. Sex: MALE
3. Date of Death: 05/19/2020

4. Time of Death: 22:53
5a. Age: 43
6. Date of Birth: 05/27/1976
7. Birthplace: RICHMOND, VA

8a. Place of Death: DECEDENT'S HOME

9b. Facility Name: 2929 KINGFIELD DRIVE
9c. City or Town: NASHVILLE
9d. County of Death: DAVIDSON

10. Marital Status: NEVER MARRIED
11. Surviving Spouse (name prior to first marriage):
12. Decedent's Usual Occupation: BUSINESS ANALYST
13a. Kind of Business/Industry: CONSULTING

12. Social Security Number: 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
13a. Residence-State or Foreign Country: TENNESSEE
13b. County: DAVIDSON
13c. City or Town: NASHVILLE

13d. Street and Number: 2929 KINGFIELD DRIVE
13e. Inside City Limits?: YES
13f. Zip Code: WO
14. Was Decedent ever in US Armed Forces?: NO

15. Decedent's Education: BACHELOR'S DEGREE
16. Decedent of Hispanic Origin?: NO, NOT SPANISH/HISPANIC/LATINO
17. Decedent's Race: WHITE

18. Father's Name: JAMES RONALD RITCHIE
19. Mother's Name Prior to First Marriage: OLGA MEINYK

20a. Informant's Name: OLGA RITCHIE
20b. Relationship to Decedent: MOTHER
20c. Mailing Address: 3702 LABURNUM AVE, RICHMOND, VA 23223

21a. Method of Disposition: BURIAL/REMOVAL FROM STATE
21b. Place of Disposition: SIGNAL HILL MEMORIAL PARK
21c. Location: HANOVER, VA

22a. Signature of Embalmer: /s/ J. David Dial
22b. License Number: 5144
22c. Signature of Embalmer: /s/ J. David Dial
22d. License Number: 5170

23a. Name and Address of Funeral Home: WOODBINE FUNERAL HOME, INC. - HICKORY CHAPEL, 5852 NOLENSVILLE ROAD, NASHVILLE, TN 37211
23b. License Number: 700

24a. Registrar's Signature: /s/ EDWARD G. BISHOP III
24b. Date Filed: 05/28/2020

25. Certifier:
26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THIS DATE, TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER - ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

27a. Certifier: /s/ ERIN M CARNEY, M.D.
27b. License Number: 50100
27c. Date Signed: 05/29/2020

27d. Name and Address: ERIN M CARNEY, M.D. 850 R.S. GASS BLVD. NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS-DISEASES, INJURIES, OR COMPLICATIONS-THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death):
a. PENDING
b.
c.
d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

29a. Was an Autopsy Performed?:
29b. Were Autopsy Findings Available to Complete the Cause of Death?:

30. Manner of Death: PENDING INVESTIGATION
31. Did Tobacco Use Contribute to Death?:
32. If Female: N/A

33. If Transportation Injury, Specify:
34a. Date of Injury:
34b. Time of Injury:
34c. Injury at Work?:
34e. Place of Injury:
34d. Describe How Injury Occurred:
34f. Location of Injury:

12092836

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

1 2 0 9 2 8 3 6

Date Issued: May-29-2020

CERTIFICATION OF VITAL RECORD




(https://www.padctn.org)



Property Summary
Page (/prc/property/240044/card/1)

Printable Property
Record Card (/prc/property/240044/print)

Building and
Improvement Details (/prc/property/240044/card/1/interior)

Historical
Data (/prc/property/240044/card/1/historical)

Review/
Appeal (/prc/property/240044/card/1/review)

Google/
Bing Maps (/prc/property/240044/card/1/map)

**To return to your search results click your browsers back button**

## GENERAL PROPERTY INFORMATION

**Map & Parcel:** 181 01 0B 262.00

Card 1 of 1 ▾

**Location:** 7929 KIRKFIELD DR

**Current Owner:** RITCHIE, JAMES RONALD & OLGA



(https://www.padctn.org/prc/Image_2020_May\240000\44001.JPG)

Click to Enlarge (https://www.padctn.org/prc/Image_2020_May\240000\44001.JPG)



(https://www.padctn.org/prc/Sketch_2020_May\240000\44001.jpg)

Click to Enlarge (https://www.padctn.org/prc/Sketch_2020_May\240000\44001.jpg)

Sketch Details (/prc/property/240044/card/1/interior)

**Mailing Address:** 7929 KIRKFIELD DR, NASHVILLE, TN 37211

**Legal Description:** LOT 90 SUGAR VALLEY SECT 1 PH 3 2ND ADDITION

**Tax District:** GSD  🔗 View Tax Record (https://nashville-tn.mygovonline.com/mod.php?mod=propertytax&mode=public_lookup)

**Assessment Classification\*:** RES

**Legal Reference:** 20200814-0091480  🔗 View Deed (https://www.davidsonportal.com/gis/file.php?file=202008140091480)

**Sale Date:** 05/18/2020

**Sale Price:** $0

## MAP TOOLS



---

Comper
Sales Search (http://davidson-tn-citizen.comper.info/template.aspx?propertyID=181010B26200CO)



Pictometry
Aerial Photos (http://community.spatialest.com/tn/davidson/pictometry.php?y=36.015700&x=-86.692446)

 Metro
Maps (https://maps.nashville.gov/ParcelViewer/?parcelID=181010B26200CO) 

---

To view data for another property click in map to select

---

\*This classification is for assessment purposes only and is not a zoning designation, nor does it speak to the legality of the current use of the subject property.

## TOTAL PROPERTY
## APPRAISAL / ASSESSMENT

**Assessment Year:** 2020

**Last Reappraisal Year:** 2017

**Improvement Value:** $247,600

**Land Value:** $55,000

**Total Appraisal Value:** $302,600

**Assessed Value:** $75,650

**Property Use:** SINGLE FAMILY

**Zone:** 1

**Neighborhood:** 6331

**Land Area:** 0.15 Acres

## GENERAL ATTRIBUTES - CARD 1

**Property Type:** SINGLE FAM

**Year Built:** 2014

**Square Footage:** 2,614

**Exterior Wall:** BRICK/FRAME

**Story Height:** TWO STY

**Building Condition:** Average

**Foundation Type:** CRAWL

**Number of Rooms:** 8

**Number of Beds:** 3

**Number of Baths:** 2

**Number of Half Bath:** 1

**Number of Fixtures:** 12

# PADCTN.ORG

**Home (http://www.padctn.org)**

**Who We Are, What We Do (https://www.padctn.org/general/)**

**Real Property Search (https://www.padctn.org/real-property-search/)**

**Real Property (https://www.padctn.org/real-property/)**

**Personal Property (https://www.padctn.org/personal-property/)**

**Appeal Information (https://www.padctn.org/review-appeal/)**

**Services (https://www.padctn.org/services/)**

**Terms of Use (https://www.padctn.org/terms-of-use/)**

**System Requirements (https://www.padctn.org/system-requirements/)**

**Annual Paper Reduction Report (https://www.padctn.org/annual-paper-reduction-report/)**

# QUICK LINKS

**Metro Sites (https://www.padctn.org/general/topic-index-and-links/)**

**Surrounding Counties (https://www.padctn.org/general/topic-index-and-links/)**

**State Sites (https://www.padctn.org/general/topic-index-and-links/)**

# CONTACT

**Staff Directory (https://www.padctn.org/staff-directory/)**

**Directions (https://www.padctn.org/directions/)**

✉ **E-mail Customer Service (mailto:assessorweb@nashville.gov)**

**Facebook (https://www.facebook.com/metronashvilleassessorofproperty/)**

**Twitter (https://twitter.com/NSHPropAssessor)**

Main Line: (615) 862-6080       Fax: (615) 862-6057       Open Monday - Friday, 8:00 am-
4:30 pm (Except Holidays)

Mailing: P.O. Box 196305 Nashville, TN 37219-6305       Physical: 700 2nd Ave S, Suite
210, Nashville, TN 37210

♿ For ADA assistance: please contact Kristina Ratcliff at (615) 862-6998.

© Copyright Nashville Assessor of Property 2015

| 26848162 |
|---|

Visitors to the site

EXHIBIT C

## QUITCLAIM DEED

STATE OF ~~TENNESSEE~~ Virginia
COUNTY OF ~~DAVIDSON~~ Richmond City

THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER,
FOR THIS TRANSFER IS $0.00.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE 11 DAY OF
August , 20___

_____
Notary Public

TRICIA NAJLA NICOLOSI
NOTARY PUBLIC
REGISTRATION # 7756550
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPT. 30, 2021

G-VRES-20-7929

MY COMMISSION EXPIRES: September 30, 2021
(AFFIX SEAL)

| THIS INSTRUMENT WAS PREPARED BY |
|---|
| Rudy Title and Escrow, LLC<br>2012 21st Avenue South<br>Nashville, TN 37212 |

| ADDRESS NEW OWNER (S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP / PARCEL NUMBER(S) |
|---|---|---|
| Olga Ritchie | New Owner | |
| (NAME) | (NAME) | 181-01-0B-262.00-CO |
| 7929 Kirkfield Drive | N/A | |
| (ADDRESS) | (ADDRESS) | |
| Nashville, TN 37211 | N/A | |
| (CITY)    (STATE)    (ZIP) | (CITY)    (STATE)    (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, **JAMES R. RITCHIE**, hereinafter called the Grantor(s), has/have bargained and sold, and by these presents do/does transfer and convey unto **OLGA RITCHIE**, hereinafter called the Grantee(s), his/her/its/their heirs, successors and assigns, that certain tract or parcel of land in **DAVIDSON COUNTY, STATE OF TENNESSEE**, described as follows, to wit:

Land in Davidson County, Tennessee, being Lot No. 90, on the Plan of Section One, Phase Three, 2nd Addition to Sugar Valley, of record in Plat at Instrument No. 20071214-0143931, in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property.

Being the same property conveyed to James Ritchie by Warranty deed from Gerald C. Mason and Timothy Jay Stallman, a married couple, as joint tenants with full rights of survivorship of record in Instrument No. 20160930-0103081 Register's Office for Davidson County, Tennessee, dated September 28, 2016 and recorded on September 30, 2016. James Ritchie having since died leaving Olga Ritchie and James R. Ritchie as his heirs at law as evidenced by Affidavit of Heirship recorded simultaneously herewith in Instrument No. _20200814009147 9_____ and Instrument No. _202008140091480_____, Register's Office for Davidson County, Tennessee.

This is improved property known as: 7929 Kirkfield Drive, Nashville, Tennessee 37211.

Karen Johnson Davidson County
Batch# 457508  DEEDQC
08/14/2020 02:46:30 PM    3 pgs
Fees: $17.00  Taxes: $0.00
20200814-0091481

WHEN RECORDED RETURN TO
Momentum Title, LLC
630 W. Burton Street
Murfreesboro, TN 37130
File No. 3-20-0147

Quitclaim Deed

Witness my/our hand(s) this the 11ᵗʰ day of August, 2020.

James R. Ritchie

STATE OF _Virginia_

COUNTY OF _Richmond City_

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, JAMES R. RITCHIE, the within named bargainor, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he/she/they executed the within instrument for the purposes therein contained.

Witness my hand and official seal, this the ___11ᵗʰ___ of August, 2020.

Tricia Najla Nicolosi
Notary Public

My Commission Expires _September 30, 2021_

(SEAL)

**RETURN TO:**
Rudy Title and Escrow, LLC
2012 21st Avenue South
Nashville, TN 37212
Phone: 615-383-2903

TRICIA NAJLA NICOLOSI
NOTARY PUBLIC
REGISTRATION # 7756550
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPT. 30, 2021

Quitclaim Deed

## True Copy Certification

I, Christopher M. Corriveau, do hereby make oath that I am a licensed attorney and /or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of Tennessee
County of Davidson

Personally appeared before me, Rachel Marie Collins, a notary public for the state of Tennessee, Christopher M. Corriveau who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary Signature

My Commission Expires: 3-6-2024

RACHEL MARIE COLLINS
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF CHEATHAM

202008140091481

**Jim Kane**

| | |
|---|---|
| **From:** | Loy Carney <Loy@rudytitle.com> |
| **Sent:** | Thursday, August 13, 2020 7:05 PM |
| **To:** | virginiawoman53@yahoo.com |
| **Cc:** | Jim Kane |
| **Subject:** | Quitclaim Deed |

Please find the requested copy of the quitclaim deed attached in the secure attachment portal below.

---

Citrix Attachments                                    Expires February 9, 2021

     20200813174833248.pdf                                    174 KB

[Download Attachments]

Loy Carney uses Citrix to share documents securely. Learn more.

---

**Loy Carney**
Attorney At Law
Rudy Title & Escrow, LLC

--------------------------------------------------------------------

    615-383-2903 | 615-620-3546

    Loy@RudyTitle.com

    www.RudyTitle.com

    2012 21st Ave S, Nashville, TN 37212

[Obtain a Title Insurance Quote By Clicking Here]

# BE AWARE

CYBERCRIME IS ON THE RISE.  If you receive an email containing
**WIRE TRANSFER INSTRUCTIONS,** please confirm by voice call to
the sender's PUBLISHED phone. Do not use the phone number in the email.

RUDY TITLE WILL ONLY SEND WIRE INSTRUCTIONS BY SECURE EMAIL

AND WE WILL REQUEST THAT YOU CONFIRM RECEIPT BY CALLING
OUR PUBLISHED PHONE NUMBER.

**WHAT TO DO:**

**STOP** If you receive an unexpected email that comes from anyone directing you to wire money.

**DO** verify any wiring instructions through the sender's published voice number.

**STOP** If you receive any last-minute change to wiring instructions. This is likely fraud.

**DO** change your email password often during the closing process.

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 08/13/2020 |
| Disbursement Date | 08/13/2020 |
| Settlement Agent | Momentum Title, LLC |
| File # | 3-20-8147 |
| Property | 7929 Kirkfield Drive Nashville, TN 37211 |
| Sale Price | $379,950.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Spencer Paul Simmons and Ashley Cotter Simmons 8218 Rossi Road Brentwood, TN 37027 |
| Seller | Olga Ritchie 7929 Kirkfield Drive Nashville, TN 37211 |
| Lender | CMG Mortgage, Inc., dba CMG Financial |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | $380,000.41 |
|---|---|
| 01 Sale Price of Property | $379,950.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes | |
| 10 County Taxes | |
| 11 Assessments 08/13/2020 to 12/31/2020 | $50.41 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | $292,769.77 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $24,647.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Wells Fargo Home .. | $259,834.48 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | $7,000.00 |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes | |
| 15 County Taxes 01/01/2020 to 08/13/2020 | $1,288.29 |
| 16 Assessments | |
| 17 | |
| 18 | |
| 19 | |

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | $380,000.41 |
| Total Due from Seller at Closing (N) | -$292,769.77 |
| Cash to Close ☐ From ☒ To Seller | $87,230.64 |

## Contact Information

**Real Estate Broker (B)**

| | |
|---|---|
| Name | Benchmark Realty LLC |
| Address | 630 West Burton Street Murfreesboro, TN 37130 |
| ST License ID | 261865 |
| Contact | Jeanette Angell |
| Contact ST License ID | |
| Email | jeanetteangell@icloud.com |
| Phone | (615) 887-3105 |

**Real Estate Broker (S)**

| | |
|---|---|
| Name | Village Real Estate Services |
| Address | 2206 21st Avenue South Suite 200 Nashville, TN 37212 |
| ST License ID | 255411 |
| Contact | Chandler Whitley |
| Contact ST License ID | |
| Email | chandler@btenashville.com |
| Phone | |

**Settlement Agency**

| | |
|---|---|
| Name | Momentum Title, LLC |
| Address | 630 W. Burton Street Murfreesboro, TN 37130 |
| ST License ID | 2445281 |
| Contact | Chris Corriveau Momentum |
| Contact ST License ID | 941121 |
| Email | processing@momentumtitletn.com |
| Phone | |

Questions? If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Closing Cost Details

| LOAN COSTS | Seller Paid | |
|---|---|---|
| | At Closing | Before Closing |
| **A. Origination Charges** | | |
| 01 0.582% of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| **C. Services Borrower Did Shop For** | | |
| 01 Payoff Processing to Momentum Title, LLC | $25.00 | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |

| OTHER COSTS | | |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01 Recording Fees Deed: $18.00  Mortgage: $83.00 | $59.00 | |
| 02 Electronic Recording Fee to Momentum Title, LLC | $16.00 | |
| 03 | | |
| 04 | | |
| **F. Prepaids** | | |
| 01 Homeowner's Insurance Premium to tbd | | |
| 02 Mortgage Insurance Premium | | |
| 03 Prepaid Interest | | |
| 04 Property Taxes | | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01 Homeowner's insurance | | |
| 02 Mortgage insurance | | |
| 03 Property taxes | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **H. Other** | | |
| 01 Listing Agent Commission to Village Real Estate Services | $11,398.50 | |
| 02 HOA Statement of Account Reimbursement to Rudy Title & Escrow, LLC | $485.00 | |
| 03 HOA Legacy Account Closure Fee to Associa Tennessee | $225.00 | |
| 04 Current Owner HOA Balance to Sugar Valley HOA | $440.00 | |
| 05 Base Commission Fee to Village Real Estate Services | $150.00 | |
| 06 Seller Settlement Fee to Rudy Title & Escrow, LLC | $450.00 | |
| 07 Selling Agent Commission to Benchmark Realty LLC | $11,398.50 | |
| 08 | | |
| 09 | | |
| 10 | | |
| 11 | | |
| **J. TOTAL CLOSING COSTS** | $24,647.00 | |

**Confirm Receipt**

*Olga Ritchie by*
*her Attorney in fact* 8/13/20

Olga Ritchie by Margaret Means, her Attorney in-Fact                               Date

Closing Disclosure

Page 3

Momentum Title, LLC
630 W. Burton Street
Murfreesboro, TN 37130
(615) 921-2524

ALTA Combined Settlement Statement

| File #: | 3-20-8147 | Property | 7929 Kirkfield Drive | Settlement Date | 08/13/2020 |
| Prepared: | 08/13/2020 | | Nashville, TN 37211 | Disbursement Date | 08/13/2020 |
| Licensed Agent: | Chris Corriveau Momentum | Buyer | Spencer Paul Simmons and | | |
| | | | Ashley Cotter Simmons | | |
| | | Seller | Olga Ritchie | | |
| | | Lender | CMG Mortgage, Inc., dba | | |
| | | | CMG Financial | | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Primary Charges & Credits** | | |
| | $379,950.00 | Sales Price of Property | $379,950.00 | |
| | | Deposit | | $4,000.00 |
| | | Loan Amount | | $373,067.00 |
| $7,000.00 | | Seller Credit | | $7,000.00 |
| | | Lender Credit | | $2,171.00 |
| | | Gift Funds | | $5,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $50.41 | Assessments 08/13/2020 to 12/31/2020 | $50.41 | |
| $1,288.29 | | County Taxes 01/01/2020 to 08/13/2020 | | $1,288.29 |
| | | | | |
| | | **Loan Charges** | | |
| | | 0.582% of Loan Amount (Points) | $2,171.25 | |
| | | Admin Fee | $695.00 | |
| | | Processing Fee | $425.00 | |
| | | Tax Service Fee | $70.00 | |
| $25.00 | | Payoff Processing to Momentum Title, LLC | | |
| | | Appraisal Fee | $495.00 | |
| | | Credit Report Fee | $65.00 | |
| | | Up-Front MIP | $6,416.39 | |
| | | Prepaid Interest ($28.11 per day from 08/13/2020 to 09/01/2020) | $534.09 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's insurance $90.42 per month for 3 mo. | $271.26 | |
| | | Property taxes $173.68 per month for 11 mo. | $1,910.48 | |
| | | Aggregate adjustment | | $361.68 |
| | | | | |
| | | **Payoffs/Payments** | | |
| $259,834.48 | | Payoff to Wells Fargo Home Mortgage | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $59.00 | | Recording Fees | $101.00 | |
| | | ---Deed: $18.00 | | |
| | | ---Mortgage: $83.00 | | |
| | | ---Affidavit: $12.00 | | |
| | | ---Affidavit 2: $12.00 | | |
| | | ---Power of Attorney: $17.00 | | |
| | | ---Quitclaim Deed: $18.00 | | |
| | | Conveyance Tax (State Deed Taxes) to Davidson County Register of Deeds | $1,405.82 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| $16.00 | | Electronic Recording Fee to Momentum Title, LLC | $8.00 | |
| | | Mortgage Tax (State Security Instrument Taxes) to Davidson County Register of Deeds | $426.73 | |
| | | | | |
| | | Commissions | | |
| $150.00 | | Base Commission Fee to Village Real Estate Services | | |
| $11,398.50 | | Listing Agent Commission to Village Real Estate Services | | |
| $11,398.50 | | Selling Agent Commission to Benchmark Realty LLC | | |
| | | | | |
| | | Title Charges | | |
| | | Title - CPL (Lender) to First American Title Insurance Company | $50.00 | |
| | | Title - Lender's Title Policy to First American Title Insurance Company | $2,027.00 | |
| | | Title - Settlement Fee to Momentum Title, LLC | $450.00 | |
| | | Title - Owner's Title Policy to First American Title Insurance Company | $77.00 | |
| | | | | |
| | | Miscellaneous Charges | | |
| | | Broker Admin Fee to Benchmark Realty LLC | $150.00 | |
| $440.00 | | Current Owner HOA Balance to Sugar Valley HOA | | |
| $225.00 | | HOA Legacy Account Closure Fee to Associa Tennessee | | |
| | | HOA New Account Setup Fee to Sugar Valley HOA | $75.00 | |
| $485.00 | | HOA Statement of Account Reimbursement to Rudy Title & Escrow, LLC | | |
| | | HOA Working Capital to Sugar Valley HOA | $200.00 | |
| $450.00 | | Seller Settlement Fee to Rudy Title & Escrow, LLC | | |
| | | Homeowner's Insurance Premium to tbd | $1,085.00 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| $292,769.77 | $380,000.41 | Subtotals | $399,109.43 | $392,887.97 |
| | | Due from Buyer | | $6,221.46 |
| $87,230.64 | | Due to Seller | | |
| $380,000.41 | $380,000.41 | Totals | $399,109.43 | $399,109.43 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Momentum Title, LLC to cause the funds to be disbursed in accordance with this statement.

_____        8/13/2020        _____
Spencer Paul Simmons                    Date             Olga Ritchie by Margaret Means, her Attorney-In-Fact        Date

_____        8/13/2020
Ashley Carter Simmons                   Date

_____        8/13/2020
Settlement Agent                        Date

Produced by Momentum Title, LLC
Using Qualia

3-20-8147
Printed on 08/13/2020

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Momentum Title, LLC to cause the funds to be disbursed in accordance with this statement.

| | | |
|---|---|---|
| _____ | Date | Olga Ritchie by her Attorney-in-Fact  8/3/20 |
| Spencer Paul Simmons | | Olga Ritchie by Margaret Means, her Attorney-In-Fact    Date |
| _____ | Date | |
| Ashley Cotter Simmons | | |

_____   Date
Settlement Agent

Produced by Momentum Title, LLC
Using Qualia

Karen Johnson Davidson County
Batch# 457508 DEEDWARR
08/14/2020 02:46:30 PM    3 pgs
Fees: $18.00  Taxes: $1,405.82
20200814-0091483

**WARRANTY DEED**

*(Notary seal: KELLIE L. PARSONS, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY)*

G-VRES-20-7929

STATE OF TENNESSEE
COUNTY OF DAVIDSON

THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $379,950.00.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE 13th DAY OF AUGUST, 2020.

_____
Notary Public

MY COMMISSION EXPIRES: _____ 23

(AFFIX SEAL)

| THIS INSTRUMENT WAS PREPARED BY |
|---|
| Rudy Title and Escrow, LLC |
| 2012 21st Avenue South |
| Nashville, TN 37212 |

| ADDRESS NEW OWNER (S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP / PARCEL NUMBER (S) |
|---|---|---|
| Spencer Paul Simmons and Ashley Cotter Simmons | New Owner | |
| (NAME) | (NAME) | 181-01-0B-262.00-CO |
| 7929 Kirkfield Drive | 7929 Kirkfield Dr. | |
| (ADDRESS) | (ADDRESS) | |
| Nashville, TN 37211 | Nashville, TN 37211 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, OLGA RITCHIE, UNMARRIED, hereinafter called the Grantor(s), has/have bargained and sold, and by these presents do/does transfer and convey unto SPENCER PAUL SIMMONS AND ASHLEY COTTER SIMMONS, HUSBAND AND WIFE, hereinafter called the Grantee(s), his/her/its/their heirs, successors and assigns, that certain tract or parcel of land in DAVIDSON COUNTY, STATE OF TENNESSEE, described as follows, to wit:

Land in Davidson County, Tennessee, being Lot No. 90, on the Plan of Section One, Phase Three, 2nd Addition to Sugar Valley, of record in Plat at Instrument No. 20071214-0143931, in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property.

Being the same property conveyed to James Ritchie by Warranty deed from Gerald C. Mason and Timothy Jay Stallman, a married couple, as joint tenants with full rights of survivorship of record in Instrument No. 20160930-0103081 Register's Office for Davidson County, Tennessee, dated September 28, 2016 and recorded on September 30, 2016. James Ritchie having since died leaving Olga Ritchie and James R. Ritchie as his heirs at law as evidenced by Affidavit of Heirship recorded simultaneously herewith in Instrument No. _202008140091479_ and Instrument No. _202008140091480_____, Register's Office for Davidson County, Tennessee. Further conveyed by Quitclaim Deed executed by James R. Ritchie dated August 11, 2020 to Olga Ritchie and recorded simultaneously herewith of record in Instrument No. _____202008140091481_____, Register's Office for Davidson County, Tennessee.

This conveyance is subject to:
• Taxes for the year 2020 and subsequent years, a lien not yet due and payable.
• Subject to all matters shown on the Plan of record as Instrument Number 20071214-0143931, Register's Office of Davidson County, Tennessee.
• Subject to all matters shown on the Plan of record in Plat Book 421, Page 146, Register's Office for Davidson County, Tennessee.
• Terms, provisions, covenants, conditions, restrictions, easements, charges, assessments and liens provided in the Covenants, Conditions and Restrictions of record in Book 11069, Page 14 and as amended and supplemented in Instrument No. 20030708-0093637, Instrument No. 20050106-0002201, Instrument No. 20060322-0032693, Instrument No. 20071214-0143932, Instrument No. 20140430-0036256, Register's Office for Davidson County, Tennessee.
• By-Laws of HOA of record in Book 11069, Page 24, in the Register's Office for Davidson County, Tennessee.
• Charter for HOA of record in Book 11069, Page 6, in the Register's Office for Davidson County, Tennessee.
• Deed of common areas to HOA of record in Instrument Number 20130523-0052433, in the Register's Office for Davidson County, Tennessee.
• Easement to Gulf Interstate Gas Co. of record in Book 2244, Page 11, in the Register's Office for Davidson County, Tennessee.
• Sanitary Sewer and Drainage Easement of record in Book 9487, Page 901 and Book 9487, Page 914, in the Register's Office for Davidson County, Tennessee.

Warranty Deed

• Storm Water Detention Agreement of record in Instrument Number 20040305-0025147, in the Register's Office for Davidson County, Tennessee.
• Right of Way Easement of record in Instrument Number 20020731-0091596, in the Register's Office for Davidson County, Tennessee.
• Any and all existing easements and restrictions as shown of record not stated herein

This is **improved** property known as: <u>7929 Kirkfield Drive, Nashville, Tennessee 37211</u>.

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEE(S), their heirs and assigns forever; and we do covenant with the said GRANTEE(S) that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEE(S), their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this the 13th DAY OF AUGUST, 2020.

_____

Olga Ritchie by Margaret Means,
Attorney in Fact

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, Margaret Means, to me known (or proved to me on the basis of satisfactory evidence) to be the person who executed the foregoing instrument in behalf of OLGA RITCHIE, and who acknowledged he/she/they executed the same as the free act and deed of the said OLGA RITCHIE.

Witness my hand and official seal, this the 13th of August, 2020.

_____
Notary Public
My Commission Expires: _____
(SEAL)

BRIANA GAGE
STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY
My Commission Expires 01-08-2024

**RETURN TO:**
Rudy Title and Escrow, LLC
2012 21st Avenue South
Nashville, TN 37212

WHEN RECORDED RETURN TO
Momentum Title, LLC
630 W. Burton Street
Murfreesboro, TN 37130
File No. 3-20-6147

Warranty Deed

20200814091483

**True Copy Certification**

I, Christopher M. Corriveau, do hereby make oath that I am a licensed attorney and /or the
custodian of the electronic version of the attached document tendered for registration herewith
and that this is a true and correct copy of the original document executed and authenticated
according to law.

_____
Signature

State of Tennessee
County of Davidson

Personally appeared before me, Rachel Marie Collins, a notary public for the state of Tennessee,
Christopher M. Corriveau who acknowledges that this certification of an electronic document is
true and correct and whose signature I have witnessed.

_____
Notary Signature

My Commission Expires: _3-6-2024_

STATE
OF
TENNESSEE
NOTARY
PUBLIC

RACHEL MARIE COLLINS
COUNTY OF CHEATHAM

202008140091483