**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES RONALD RITCHIE ) | Case No. 18-30764-KLP |
| THERESA ANN RITCHIE ) | Chapter 13 |
| ) | |
| Debtors ) | |
| | |
| JAMES RONALD RITCHIE ) | |
| THERESA ANN RITCHIE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | APN: 20-03124-KLP |
| ) | |
| OLGA RITCHIE, ET AL. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO APPROVE CONSENT ORDER WITH MOMENTUM TITLE, LLC

COME NOW the Plaintiffs, James Ronald Ritchie and Theresa Ann Ritchie (also referred to herein as "Debtors"), by counsel, and as and for their Motion to Approve Consent Order with Momentum Title, LLC, state as follows:

1. This Adversary Proceeding is seeking, *inter alia*, the turnover of proceeds from the sale of real estate and improvements located in Nashville, TN known as 7929 Kirkfield Drive, Nashville, TN, more particularly described as

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Plaintiffs*

> Land in Davidson County, Tennessee, being Lot No. 90, on the Plan of Section One, Phase Three, 2nd Addition to Sugar Valley, of record in Plat at Instrument No. 20071214-0143931, in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property.

("Property"), that the Plaintiffs allege to be property of their bankruptcy estate.

2. Defendant Momentum Title, LLC ("Momentum Title") is currently holding the sum of $87,230.64 in escrow from the sale of the Property ("Proceeds").

3. Under Tennessee law, due to the Property being obtained by intestate succession, the Proceeds are to be held in escrow for six (6) months from the date of death and are scheduled to be released to Defendant Olga Ritchie on or after November 19, 2020.

4. Momentum Title has agreed continue to hold the Proceeds in escrow pending further order of this Court and has endorsed a consent order herein to that effect, a copy of which is attached hereto as Exhibit "A" and is incorporated herein by this reference ("Consent Order").

WHEREFORE, the Plaintiffs, James Ronald Ritchie and Theresa Ann Ritchie, respectfully request that the Court approve and enter the Consent Order and for such other relief as the Court deems appropriate.

        JAMES RONALD RITCHIE
        THERESA ANN RITCHIE

        By: /s/ James E. Kane
            James E. Kane (VSB #30081)
            KANE & PAPA, P.C.
            1313 East Cary Street
            Richmond, Virginia  23219
            Telephone: (804) 225-9500
            Facsimile: (804) 225-9598
            Email: jkane@kaneandpapa.com
            *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2020, I mailed a true and exact copy of the foregoing Motion to Olga Ritchie, 3102 E. Laburnum Ave., Richmond, VA 23223, Christopher Corriveau, Esquire, President of Momentum Title, LLC, 2500 21st Avenue South, Suite 102, Nashville, TN 37212, and to the parties on the attached mailing matrix.

                                                  /s/ James E. Kane
                                                        James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES RONALD RITCHIE | ) | Case No. 18-30764-KLP |
| THERESA ANN RITCHIE | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

| | | |
|---|---|---|
| JAMES RONALD RITCHIE | ) | |
| THERESA ANN RITCHIE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | APN: 20-03124-KLP |
| | ) | |
| OLGA RITCHIE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtors have filed a Motion to Approve Consent Order with Momentum Title, LLC.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within three (3) days prior to the hearing date below, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

      James E. Kane, Esquire
      Kane & Papa, P.C.
      1313 East Cary Street
      Richmond, Virginia  23219

- Attend a hearing scheduled for **October 28, 2020 at 10:00 a.m. at 701 East Broad Street, Room 5100, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  October 7, 2020

                        Respectfully submitted,

                        JAMES RONALD RITCHIE
                        THERESA ANN RITCHIE

                        By:  /s/ James E. Kane
                            James E. Kane (VSB #30081)
                            KANE & PAPA, P.C.
                            1313 East Cary Street
                            Richmond, Virginia  23219
                            Telephone: (804) 225-9500
                            Facsimile: (804) 225-9598
                            Email: jkane@kaneandpapa.com
                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 7, 2020, I mailed a true and exact copy of the foregoing Notice to Olga Ritchie, 3102 E. Laburnum Ave., Richmond, VA 23223, Christopher Corriveau, Esquire, President of Momentum Title, LLC, 2500 21st Avenue South, Suite 102, Nashville, TN 37212, and to the parties on the attached mailing matrix.

                                            /s/ James E. Kane
                                                 James E. Kane

EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES RONALD RITCHIE ) | Case No. 18-30764-KLP |
| THERESA ANN RITCHIE ) | Chapter 13 |
| ) | |
| Debtors ) | |
| | |
| JAMES RONALD RITCHIE, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | APN: 20−03124−KLP |
| ) | |
| OLGA RITCHIE, ET AL. ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

UPON AGREEMENT OF THE PLAINTIFFS AND DEFENDANT MOMENTUM TITLE, LLC, as evidenced by endorsement of counsel hereto; and it

APPEARING TO THE COURT that this Adversary Proceeding is seeking, *inter alia*, the turnover of proceeds from the sale of real estate and improvements located in Nashville, TN known as 7929 Kirkfield Drive, Nashville, TN, more particularly described as

> Land in Davidson County, Tennessee, being Lot No. 90, on the Plan of Section One, Phase Three, 2nd Addition to Sugar Valley, of record in Plat at Instrument No. 20071214-0143931, in the Register's Office for Davidson County, Tennessee, to which Plan reference is hereby made for a more complete description of the property.

("Property"), that the Plaintiffs allege to be property of their bankruptcy estate; and it

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Plaintiffs*

FURTHER APPEARING that Momentum Title, LLC ("Momentum Title") is currently holding the sum of $87,230.64 in escrow from the sale of the Property ("Proceeds"); and it

FURTHER APPEARING that under Tennessee law, due to the Property being obtained by intestate succession, the Proceeds are to be held in escrow for six (6) months from the date of death and are scheduled to be released to Defendant Olga Ritchie on or after November 19, 2020; and it

FURTHER APPEARING that Momentum Title has agreed continue to hold the Proceeds in escrow pending further order of this Court; it is therefore

ORDERED that Momentum Title shall continue to the hold the Proceeds from the Sale of the Property, in escrow, and shall not disburse any portion of said Proceeds until further order of this Court.

Date: _____

_____
U.S. Bankruptcy Judge


Entered on Docket: _____



SEEN AND AGREED TO:

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Email: jkane@kaneandpapa.com
*Counsel for Plaintiffs*

2

/s/ Christopher Corriveau
Christopher Corriveau, Esquire
President of Momentum Title, LLC
MOMENTUM TITLE, LLC
2500 21st Avenue South, Suite 102
Nashville, TN 37212
Phone: (615) 921-2524 ext. 100
Fax: **(**615) 590-3030
Email: chris@momentumtitletn.com

## **CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Plaintiffs

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Christopher Corriveau, Esquire
MOMENTUM TITLE, LLC
2500 21st Avenue South, Suite 102
Nashville, TN 37212

Olga Ritchie
3102 E. Laburnum Ave.
Richmond, VA 23223

Suzanne E. Wade, Esquire
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218

                                          /s/ James E. Kane
                                          James E. Kane

4

```
Label Matrix for local noticing            Prestige Financial Services, Inc.         UST smg Richmond
0422-3                                     c/o Steven L. Higgs, P.C.                 Office of the U. S. Trustee
Case 18-30764-KLP                          9 Franklin Road, SW                       701 East Broad St., Suite 4304
Eastern District of Virginia               Roanoke, VA 24011-2403                    Richmond, VA 23219-1849
Richmond
Wed Oct  7 15:13:59 EDT 2020

United States Bankruptcy Court             Anthem BSBS Recovery                      Ashley Funding
701 East Broad Street                      PO Box 931766                             P.O. Box 10587
Richmond, VA 23219-1888                    Cleveland, OH 44193-1867                  Greenville, SC 29603-0587


Ashley Funding Services, LLC its successors   Bon Secours                            Bon Secours
assigns as assignee of Laboratory             8550 Mayland Drive                     PO Box 1123
Corporation of America Holdings               Henrico, VA 23294-4754                 Minneapolis, MN 55440-1123
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bruce C. Rowe, MD                          Buckley King LPA                          CBE Group
8228 Meadowbridge Rd                       600 Superior Ave. East                    PO Box 2594
Mechanicsville, VA 23116-2331              Suite 400                                 Waterloo, IA 50704-2594
                                           Cleveland, OH 44114-2652


CBE Group                                  CMRE Financial                            COUNTY OF HENRICO, VIRGINIA
PO Box 900                                 3075 East Imperial Highway                ANDREW R. NEWBY, ASST. COUNTY ATTORNEY
Waterloo, IA 50704-0900                    Suite 200                                 P. O. BOX 90775
                                           Brea, CA 92821-6753                       HENRICO, VIRGINIA 23273-0775


Colon and Rectal Specialists               Columbia Cardiology                       Commonwealth Radiology
7605 Forest Avenue                         PO Box 11068                              1508 Willow Lawn Drive
Suite 308                                  Columbia, SC 29211-1068                   Suite 117
Henrico, VA 23229-4939                                                               Richmond, VA 23230-3421


Commonwealth of Virginia                   Continental Emergency Services            (p)CONTINENTAL EMERGENCY SERVICES
Department of Taxation                     P.O. Box 66064                            111 BULIFANTS BLVD
P.O. Box 2156                              Dallas, TX 75266-0000                     STE B
Richmond, VA 23218-2156                                                              WILLIAMSBURG VA 23188-5711


Gastrointestial Specialists                Horizon Financial Management              LCA Collections
2369 Staple Mill Road                      8585 S Broadway                           P.O. 2240
Suite 200                                  Suite 815                                 Burlington, NC 27216-2240
Richmond, VA 23230-2918                    Merrillville, IN 46410-5648


Lab Corp.                                  MCV Associated Physicians                 MCV Collection Department
PO Box 2240                                P O Box 91747                             PO Box 980462
Burlington, NC 27216-2240                  Richmond, VA  23291-1747                  Richmond, VA 23298-0462


MCV Physicians                             Memorial Regional Medical Cent            Memorial Regional Medical Cent
1605 Rhoadmiller St.                       P.O. Box 33130                            P.O. Box 409438
Richmond, VA 23220-1106                    Phoenix, AZ 85067-3130                    Atlanta, GA 30384-9438
```

Memorial Richmond Medical Ctr
PO Box 590067
Fort Lauderdale, FL 33359-0067

Meridian Resource
PO Box 659505
San Antonio, TX 78265-9505

PMAB
PO Box 12150
Charlotte, NC 28220-2150


Prestige Financial Service
PO Box 26707
Salt Lake City, UT 84126-0707

Prestige Financial Services
BANKRUPTCY DEPT
PO BOX 26707
Salt Lake City UT 84126-0707

Primedoc of Richmond
PO Box 2249
Pawleys Island, SC 29585-2249


Pulmonary Associates of Rich.
100 Boulders Parkway
Suite 102
Richmond, VA 23225-0000

Resurgent Capital
PO Box 10587
Greenville, SC 29603-0587

Richmond Card Assoc
PO Box 843356
Boston, MA 02284-3356


Richmond Cardiology
8243 Meadowbridge Road
Mechanicsville, VA 23116-2329

SCI
PO Box 85005
Richmond, VA 23285-5005

ST. Francis Medical Center
13710 St. Francis Boulevard
Midlothian, VA 23114-3267


Subrogation Responses
Customer Care Center
PO Box 659505
San Antonio, TX 78265-9505

United Consumers
PO Box 4466
Woodbridge, VA 22194-4466

Verizon Virginia
500 Technology Drive
Suite 300
Weldon Springs, MO 63304-2225


Virginia Cardiovascular Spec.
c/o Schettine & Nguyen
10 S. 23rd Street
Richmond, VA 23223-7814

(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Virginia Eye Institute Surgery Pavilion
c/o The Nguyen Law Firm
PO Box 1958
Ashland, VA 23005-4958


Virginia Urology
1121 Situs Court, Ste 350
Raleigh, NC 27606-4275

(p)VIRGINIA UROLOGY
Attn: Bankruptcy Department
9101 Stony Point Drive
Richmond, VA 23235-1979

W/6 Construction Co.
6464 White Oak Road
Sandston, VA 23150-5421


West Home Health Care
PO Box 31778
Henrico, VA 23294-1778

Zoll
PO Box 644321
Pittsburgh, PA 15264-4321

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508


James Ronald Ritchie
1871 North Washington Street
Henrico, VA 23075-2617

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Suzanne E. Wade
341 Dial 877-996-8484 Code 2385911
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226-3770


Theresa Ann Ritchie
1871 North Washington Street
Henrico, VA 23075-2617

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Continental Emergency Services<br>P.O. Box 848747<br>Boston, MA 02284-0000 | Virginia Dept. of Taxation<br>Post Office Box 1115<br>Richmond, VA 23218-1115 | (d)Virginia Dept. of Taxation<br>Post Office Box 2369<br>Richmond, VA 23218-1115 |
| Virginia Urology<br>PO Box 79437<br>Baltimore, MD 21279-0000 | End of Label Matrix<br>Mailable recipients   57<br>Bypassed recipients    0<br>Total               57 | |